# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JEREMY L. CECIL,<br><br>  Defendant. | Case No.  1:16-po-00377-SAB<br><br>ORDER OF RELEASE |

Jeremy L. Cecil ("Defendant") was ordered to make an initial appearance on November 17, 2016.  He failed to appear on November 17, 2016, and a bench warrant issued on November 29, 2016.  Defendant appeared in custody and with the assistance of counsel for an initial appearance on April 16, 2020.  Defendant agreed to pay the bailable amount of the citation and IS HEREBY RELEASED forthwith from federal custody in this matter.

IT IS SO ORDERED.

Dated:  __**April 20, 2020**__                              _____
                                                           UNITED STATES MAGISTRATE JUDGE

1